AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | |
|---|---|
| United States of America<br>v.<br><br>JOSEPH FREEMAN<br>*Defendant* | )<br>)  Case No. 1:18-mj-00174<br>)<br>)<br>)<br>) |

**SEALED**

**FILED**
FEB 2 7 2018
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  Joseph Freeman,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Count 1: Sexual Exploitation of a Child/Attempted Sexual Exploitation of a Child, in violation of 18 U.S.C. § 2251(a) and (e).
Count 2: Child Pornography Trafficking, in violation of 18 U.S.C. § 2252.

Date:  02/26/2018                                                      _____
                                                                                                  *Issuing officer's signature*

City and state:  Indianapolis, Indiana                Debra McVicker Lynch, U.S. Magistrate Judge
                                                                                        *Printed name and title*

---

### Return

This warrant was received on *(date)* 2-26-18, and the person was arrested on *(date)* 2-26-18
at *(city and state)* Indianapolis, IN.

Date: 2-27-18                                                               _____
                                                                                                  *Arresting officer's signature*

                                                                                  Dan Odier FBI TFO
                                                                                        *Printed name and title*